# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN RACZ, | Case No. 2:25-cv-02778-JVS-KES |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| SIRCOYA WILLIAMS, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 5). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 8) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

Petitioner's request for an extension of time to file an "application for leave to file a second or successive petition with the Court of Appeals" (Dkt. 7) is denied as unnecessary. Petitioner does not need authorization from this Court to file his application in the Ninth Circuit.

1  IT IS THEREFORE ORDERED that Judgment be entered dismissing the
2  Petition as a successive petition under 28 U.S.C. § 2244.

6  DATED: June 30, 2025                 _____
                                         JAMES V. SELNA
                                         UNITED STATES DISTRICT JUDGE