JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RACZ,<br><br>  Petitioner,<br><br>  v.<br><br>SIRCOYA WILLIAMS, Warden,<br><br>  Respondent. | Case No. 2:25-cv-02778-JVS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied without prejudice as successive.

DATED: June 30, 2025

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE